## PYLE v. STATE.
### No. 13719.

Court of Criminal Appeals of Texas.

Oct. 15, 1930.

Adams & Adams, of Crockett, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for manufacturing intoxicating liquor, punishment being one year in the penitentiary.

The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.